AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Oregon

FINANCIAL PACIFIC INSURANCE COMPANY, a California Corporation

**SUMMONS IN A CIVIL ACTION**

V.

DON MCNEIL dba: North Coast RV Center; JOHN and CAROL BROWN; JIMMY DOWNING: DONALD and LOIS EMMONS: CARMEN ERVIN: GARY HELLER; DUANE HELLER; JEANETTE HUTCHINSON; MARY LAIRD;     CASE NUMBER:
DIANE LOFFELMACHER; HARRY REX; SHARA and RUSSELL ROBERTSON: NEIL and RHONDA TANNLER: JIM GORE: PHILLIP DAVIDSON: CHRISTINA GARCIA: SHARON JONES
WELLS FARGO BANK, NA a California Corporation,   CV '06-1302-BR
also all other persons or parties unknown claiming
any right, title, lien, or interest in the property
described in the Complaint herein

TO: (Name and address of Defendant)

**Davidson, Phillip**
**82657 Hamlet Road**
**Seaside, OR 97138**
**C. (541) 556-5352**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore E. Sims
Sims & Sims
522 SW Fifth Avenue, Suite 1110
Portland, OR 97204

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL S. McCONNELL                                             JAN 3 1 2007

CLERK                                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2-18-07 @ 1:15 pm |
| NAME OF SERVER (PRINT) CHERI J PECCIA | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
6520 OVERLOOK RD
NESKOWIN, OR            Harley S Rex

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/18/07
           Date

Signature of Server  CJ peccia

Address of Server
11576 SE 59th
MILWAUKIE, OR  97222

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.